IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH A. MAC MEEKIN, | ) | No. C 05-4700 JSW (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| ANTHONY P. KANE, WARDEN, | ) | |
| Respondent . | ) | |

On November 16, 2005, Petitioner filed this *pro se* petition for a writ of habeas corpus. On the same day that he filed this claim, the Court sent a notification to Petitioner informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the completed application within thirty days. Petitioner has not responded. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. Petitioner may file a new petition that includes the filing fee or an application to proceed *in forma pauperis.*

IT IS SO ORDERED.

DATED:May 15, 2006

JEFFREY S. WHITE
United States District Judge